United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 13-06423-KRM
Rachel Falk-Bochis                                                  Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 113A-8         User: rariana           Page 1 of 2           Date Rcvd: Jun 17, 2013
                             Form ID: 8nph           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2013.
db          +Rachel Falk-Bochis,    2122 N Lake Eloise Dr,   Winter Haven, Fl 33884-2034
cr          +Centerstate Bank of Florida, N.A.,   c/o Michael A. Nardella, Esq.,   Burr & Forman LLP,
              200 S. Orange Avenue, Suite 800,   Orlando, FL 32801-6404
23462458    +Center State Bank of Florida,    200 Avenue B NW,   Winter Haven, FL 33881-4541
23462459    +CenterState Bank,    200 Avenue B NW,   Winter Haven, FL 33881-4541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          Scott Bomkamp
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113A-8            User: rariana              Page 2 of 2                   Date Rcvd: Jun 17, 2013
                                Form ID: 8nph              Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2013 at the address(es) listed below:
        Karen I Meeks    on behalf of Debtor Rachel  Falk-Bochis karen@meeksdenmarklaw.com, mariela@karenmeeks.com
        Michael  Nardella    on behalf of Creditor   Centerstate Bank of Florida, N.A. michael.nardella@burr.com, jlindval@burr.com,greid@burr.com,ccrumrine@burr.com
        Terry E Smith    ecf@ch13tampa.com
                                                                                                                                                                       TOTAL: 3

[8NPH] [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                        Case No. 8:13−bk−06423−KRM
                                                                                              Chapter 13

Rachel Falk−Bochis
2122 N Lake Eloise Dr
Winter Haven, Fl 33884

_____Debtor\*_____/

NOTICE OF PRELIMINARY HEARING

   NOTICE IS HEREBY GIVEN THAT:

   A preliminary hearing will be held in, Courtroom 9B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on July 17, 2013 at 10:15 AM before the Honorable K. Rodney May , United States Bankruptcy Judge, to consider and act upon the following matter(s):

   Motion to Dismiss Case with Prejudice and for In Rem Injunction Barring Certain Real Property from Entering Any Subsequent Bankruptcy Estate (Doc No. 13) filed by Centerstate Bank of Florida, N.A.

   Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

|  |  |
|---|---|
| | FOR THE COURT |
| DATED: June 17, 2013 | Lee Ann Bennett , Clerk of Court |
| | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.