**[813ospnm]** [ORDER STRIKING CHAPTER 13 PLAN (MODEL)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                           Case No. 8:13−bk−06423−KRM
                                                                                                               Chapter 13

Rachel Falk−Bochis
2122 N Lake Eloise Dr
Winter Haven, Fl 33884


_____Debtor\*_____/

**ORDER STRIKING CHAPTER 13 PLAN**

   THIS CASE came on for consideration without a hearing upon the Debtor having filed a Chapter 13 Plan (Document Number 20 ) ("Plan") that does not conform to the "Model Chapter 13 Plan" format adopted for use by the judges of the United States Bankruptcy Court for the Middle District of Florida, Tampa and Ft. Myers Divisions\*\* . Accordingly, it is

   **ORDERED**:

   1. The Plan filed by the Debtor is stricken.

   2. The Debtor shall file an amended Chapter 13 Plan that conforms to the Model Chapter 13 Plan referred to above within 7 days of the entry of this order .

   3. In the event the Debtor fails to file an amended Chapter 13 Plan, the Court will consider dismissal or conversion of this case *sua sponte*.

                                                            BY THE COURT

Dated:  July 17, 2013

                                           _____
                                           K. Rodney May
                                           United States Bankruptcy Judge

     \*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.
     \*\*Available on the Court's website at http://www.flmb.uscourts.gov/forms/documents/chapter13_model_plan.pdf