

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/17/2013 10:15 AM

COURTROOM 9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:13-bk-06423-KRM | 13 | 05/15/2013 |

Chapter 13

**DEBTOR:** Rachel Falk-Bochis

**DEBTOR ATTY:** Karen Meeks

**TRUSTEE:** Terry Smith

**HEARING:**

Motion to Dismiss Case with Prejudice and for In Rem Injunction Barring Certain Real Property from entering any subsequent bankruptcy estate Filed by Michael Nardella on behalf of Creditor Centerstate Bank of Florida, N.A., Doc #13

**APPEARANCES:**:
Karen Meeks and Michael Nardella.

**RULING:**
Motion to Dismiss Case with Prejudice and for In Rem Injunction Barring Certain Real Property from entering any subsequent bankruptcy estate Filed by Michael Nardella on behalf of Creditor Centerstate Bank of Florida, N.A., Doc #13 - Granted; order by Nardella.

Note - Motion for Relief from Stay, doc. #12, granted with 180 day bar as to this property; order by Nardella.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.